# NO. 12-08-00381-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CABOT OIL & GAS CORPORATION, APPELLANT* | *§* | *APPEAL FROM THE 4TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT OF* |
| *JIMMIE AND MELBA MCCORMACK, APPELLEES* | *§* | *RUSK COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant Cabot Oil & Gas Corporation has filed a motion to dismiss this appeal. In its motion, Cabot states that it has entered into an agreement with Appellees Jimmie and Melba McCormack that settles all issues and causes of action relating to this appeal. Because Cabot has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***.

Opinion delivered October 22, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)